[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

MAY 10 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Robert Shapiro

Plaintiff(s),

v.

The United States
Uber, ~~[scribbled out]~~, etc, ACLU, Verizon
~~[scribbled out]~~ ~~[scribbled out]~~
The Dept. of Higher ~~Education~~ Learning

Defendant(s).

1:18-cv-03361
Judge John J. Tharp, Jr
Magistrate Judge Daniel G. Martin

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Robert Shapiro__ of the county of _____ in the state of _____.

3. The defendant is __The United States__, whose street address is _____,
(city)_____(county)_____(state)_____(ZIP)_____
(Defendant's telephone number) (___) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address)
__3131 FALCHI Bldg__ (city) __LIC__
(county)_____ (state) __NY__ (ZIP code)_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

Case: 1:18-cv-03361 Document #: 1 Filed: 05/10/18 Page 2 of 9 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☒ was denied employment by the defendant.

    (b) ☒ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year) 2018_____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has* ☒ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☒ the United States Equal Employment Opportunity Commission, on or about

            (month)_____ (day)_____ (year)_____.

        (ii) ☐ the Illinois Department of Human Rights, on or about

            (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☒ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year) __2018__ .

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☒ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☒ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Letters

Employer letters

Institution Letters

_____

_____

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☒ Direct the defendant to hire the plaintiff.

   (b) ☒ Direct the defendant to re-employ the plaintiff.

   (c) ☒ Direct the defendant to promote the plaintiff.

   (d) ☒ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ Direct the defendant to (specify): _____

   _____

   _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Robert Shapiro
(Plaintiff's name)

287 Edgecombe Avenue Apt. 3D
(Plaintiff's street address)

(City) New York (State) NY (ZIP) 10031

(Plaintiff's telephone number) (281) – 526-5356

Date: _____ 2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  | United States District Court |
|---|---|---|
|  | ) | Northern District of Illinois |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Defendant | ) |  |

## COMPLAINT

On 05/09/2018 a random employee of corporation SHELL declined to reverse preauthorization charge to card.

On 05/09/2018 vendor of card told consumer to take complaint against Merchant - SHell, employee, or manager or ~~speak to~~ Officer. Officer upon taking report of employee or manager by receipt marked record of receipt as other combative. And told plaintiff to wait and talk to manager next day. And or only ask/request for card once. And ordered not to ask for or visit premises and to ask for a mediator.

On 05/10/2018 Merchant did not reverse preauthorized card. ~~and~~

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# INVESTIGATORY STOP RECEIPT

You were the subject of an investigatory stop by the Chicago Police Department.

Officer _BOEHM_ Star No. _14941_
(Print Name)

Officer _____ Star No. _____
(Print Name)

Reason(s) for the Stop (Check all that apply).

- [ ] ACTIONS INDICATIVE OF ENGAGING IN DRUG TRANSACTION
- [ ] FITS DESCRIPTION FROM FLASH MESSAGE
- [x] FITS DESCRIPTION OF AN OFFENDER AS DESCRIBED BY VICTIM OR WITNESS
- [ ] ACTIONS INDICATIVE OF "CASING" VICTIM OR LOCATION
- [ ] PROXIMITY TO THE REPORTED CRIME LOCATION
- [ ] GANG/NARCOTIC RELATED ENFORCEMENT
- [x] OTHER (Specify) _combative_

CPD-11.912 (1/16)

## CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)
### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS

The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call **311** or visit online at: http://www.chicagopolice.org.